OFFICE OF DISCIPLINARY COUNSEL *v.* CAMERA.

[Cite as *Disciplinary Counsel v. Camera* (1994), 68 Ohio St.3d 478.]

(No. 93–2180—Submitted December 7, 1993—Decided March 23, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Harald Craig III,* Assistant Disciplinary Counsel, for relator.

*Mark H. Aultman,* for respondent.

*Per Curiam.* We adopt the findings of fact and conclusions of law of the board. However, we indefinitely suspend respondent from the practice of law without credit for time served. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., dissents.

DOUGLAS, J., dissenting.

I respectfully dissent. I would concur with the recommendations of the board.